| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF NORTH CAROLINA |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy       06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**    **TOPPOS LLC**

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)    **83-1403583**

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **401 E 11th Street** <br> **Lumberton, NC 28358** <br> Number, Street, City, State & ZIP Code | **401 E Las Olas Blvd** <br> **Suite 130-161** <br> **Fort Lauderdale, FL 33301** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Robeson** <br> County | **Location of principal assets, if different from principal place of business** <br> **401 E 11th Street Lumberton, NC 28358** <br> Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL) _____

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor **TOPPOS LLC**  
     Name

Case number (*if known*) _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))  
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))  
☐ Railroad (as defined in 11 U.S.C. § 101(44))  
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))  
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))  
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))  
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)  
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)  
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    **5311**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. Check **all** *that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.  
☐ Yes.

District _____ When _____ Case number _____  
District _____ When _____ Case number _____

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 2

Debtor  **TOPPOS LLC**  Case number (*if known*) _____
      Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
■ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page 3

Debtor  **TOPPOS LLC**　　　　　　　　　　　　　　　　　　　　　　　　Case number (*if known*)
　　　　Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $10,000,001 - $50 million
- ■ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | **TOPPOS LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **October  5, 2023**
           MM / DD / YYYY

X **/s/ Neil Carmichael Bender, II**          **Neil Carmichael Bender, II**
Signature of authorized representative of debtor          Printed name

Title  **Member-manager**

**18. Signature of attorney**

X **/s/ Blake Y. Boyette**          Date **October  5, 2023**
Signature of attorney for debtor          MM / DD / YYYY

**Blake Y. Boyette 44239**
Printed name

**Buckmiller, Boyette & Frost, PLLC**
Firm name

**4700 Six Forks Road**
**Suite 150**
**Raleigh, NC 27609**
Number, Street, City, State & ZIP Code

Contact phone  **919-296-5040**          Email address  **bboyette@bbflawfirm.com**

**44239 NC**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **TOPPOS LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October  5, 2023**    X **/s/ Neil Carmichael Bender, II**
Signature of individual signing on behalf of debtor

**Neil Carmichael Bender, II**
Printed name

**Member-manager**
Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: **TOPPOS LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF NORTH CAROLINA**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders          12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| 21st Mortgage Corporation<br>Attn: Manager, Officer, Agent<br>P.O. Box 220<br>Knoxville, TN 37901 | | | | $4,780,300.34 | Unknown | Unknown |
| Bladen County Tax Office<br>Attn: Manager, Officer, Agent<br>201 E King St.<br>Elizabethtown, NC 28337 | | Property Taxes | | | | $19,306.42 |
| Brendan A. Potts<br>1751 North Grand Ave W<br>Springfield, IL 62702 | | Storage Costs | | | | $12,000.00 |
| CHC TN, LLC<br>Attn: Manager, Officer, Agent<br>3340 LAKE VIEW DRIVE<br>Knoxville, TN 37919 | | | | $4,954,068.49 | Unknown | Unknown |
| City of Lumberton<br>Attn: Manager, Officer, Agent<br>500 N Cedar Street<br>Lumberton, NC 28358 | | Property Taxes | | | | $146,995.21 |
| Clayton Homes - Tru White Pine<br>Attn: Manager, Officer, Agent<br>2215 Walnut Street<br>White Pine, TN 37890 | | | | | | $17,143.35 |

Debtor **TOPPOS LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Cumberland County Tax Admin.**<br>Attn: Manager, Officer, Agent<br>117 Dick Street, Room 530<br>Fayetteville, NC 28301 | | **Property Taxes** | | | | $8,593.58 |
| **GreenState Credit Union**<br>Attn: Manager, Officer, Agent<br>2355 Landon Road, PO Box 800<br>North Liberty, IA 52317 | | | | $12,038,347.58 | Unknown | Unknown |
| **Hoke County Tax Office**<br>Attn: Manager, Officer, Agent<br>227 N. Main Street<br>Raeford, NC 28376 | | **Property Taxes** | | | | $18,221.93 |
| **Morgan County Treasurer**<br>Attn: Manager, Officer, Agent<br>300 West State Street<br>Jacksonville, IL 62650 | | **Property Taxes** | | | | $136,656.33 |
| **Northpoint Commerical Finance, LLC**<br>Attn: Manager, Officer, Agent<br>251 Little Falls Drive<br>Wilmington, DE 19808 | | | | $21,987,192.99 | Unknown | Unknown |
| **Park Lake FInancial Solutions**<br>Attn: Manager, Officer, Agent<br>108 Mactanly Place<br>Staunton, VA 24401 | | | | | | $60,351.34 |
| **Robeson County Tax Collector**<br>Attn: Manager, Officer, Agent<br>550 N Chestnut Street<br>Lumberton, NC 28358 | | **Property Taxes** | | | | $472,789.19 |

Debtor **TOPPOS LLC**　　Case number *(if known)*
　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Sampson County Tax Collector Attn: Manager, Officer, Agent 406 County Complex Rd Clinton, NC 28328** | | **Property Taxes** | | | | $19,356.00 |
| **Sangamon County Tax Collector Attn: Manager, Officer, Agent 200 South 9th Street Springfield, IL 62701** | | **Property Taxes** | | | | $55,334.53 |
| **Style Crest, Inc. Attn: Manager, Officer, Agent 2626 Glenwood Ave Ste 550 Raleigh, NC 27608** | | **Services** | | | | $51,859.82 |

# United States Bankruptcy Court
## Eastern District of North Carolina

In re **TOPPOS LLC**

Debtor(s)

Case No.

Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Neil C. Bender, II**<br>**100 East Las Olas Blvd**<br>**Suite 3804**<br>**Fort Lauderdale, FL 33301** | | **99.5%** | membership interest |
| **TIME OUT EQUITY HOLDINGS LLC**<br>**Attn: Manager, Officer, Agent**<br>**401 E 11th Street**<br>**Lumberton, NC 28358** | | **0.5%** | membership interest |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the **Member-manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **October 5, 2023**

Signature **/s/ Neil Carmichael Bender, II**
**Neil Carmichael Bender, II**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
Eastern District of North Carolina

In re **TOPPOS LLC**
Debtor(s)

Case No.
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Member-manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **October 5, 2023**

**/s/ Neil Carmichael Bender, II**
**Neil Carmichael Bender, II**/**Member-manager**
Signer/Title

TOPPOS LLC
401 E Las Olas Blvd
Suite 130-161
Fort Lauderdale, FL 33301

NC Department of Revenue
Office Serv. Div, Bankruptcy Unit
P.O. Box 1168
Raleigh, NC 27602-1168

BRITTANY COURT MHP LLC
Attn: Manager, Officer, Agent
1030 N. Grand Ave West, East Bld
Springfield, IL 62702

Blake Y. Boyette
Buckmiller, Boyette & Frost, PLLC
4700 Six Forks Road
Suite 150
Raleigh, NC 27609

21st Communities, Inc.
Attn: Manager, Officer, Agent
P.O. Box 220
Knoxville, TN 37901

BULLOCK MHP LLC
Attn: Manager, Officer, Agent
401 E 11th Street
Lumberton, NC 28358

Marjorie K. Lynch
U.S. Bankruptcy Administrator
434 Fayetteville Street, Suite 640
Raleigh, NC 27601

21st Mortgage Corporation
Attn: Manager, Officer, Agent
P.O. Box 220
Knoxville, TN 37901

CADILLAC RANCH MHC LLC
Attn: Manager, Officer, Agent
401 E 11th Street
Lumberton, NC 28358

US Securities and Exchange Comm.
Office of Reorganization
950 E Paces Ferry Road NE, Ste. 900
Atlanta, GA 30326

ABBOT PARK MHC LLC
Attn: Manager, Officer, Agent
401 E 11th Street
Lumberton, NC 28358

CAPE FEAR MHC LLC
Attn: Manager, Officer, Agent
401 E 11th Street
Lumberton, NC 28358

Secretary of Treasury
Attn: Managing Agent
1500 Pennsylvania Ave. N.W.
Washington, DC 20220

AFFORDABLE RESORTS LLC
Attn: Manager, Officer, Agent
664 Ben Greene Industrial Park Dr
Elizabethtown, NC 28337

CEDARBROOK ESTATES MHP LL
Attn: Manager, Officer, Agent
1030 N. Grand Ave West, East Bld
Springfield, IL 62702

Internal Revenue Service
Attn: Manager, Officer, Agent
PO Box 7346
Philadelphia, PA 19101-7346

ALAMAC VILLAGE MHP LLC
Attn: Manager, Officer, Agent
401 E 11th Street
Lumberton, NC 28358

CENTRAL PARK 2 MHP LLC
Attn: Manager, Officer, Agent
401 E 11th Street
Lumberton, NC 28358

US Attorney General
950 Pennsylvania Ave. N.W
Washington, DC 20530

BAYSIDE MHC LLC
Attn: Manager, Officer, Agent
401 E 11th Street
Lumberton, NC 28358

CENTRAL PARK 3 MHP LLC
Attn: Manager, Officer, Agent
401 E 11th Street
Lumberton, NC 28358

Josh Stein
NC Attorney General
9001 Mail Service Center
Raleigh, NC 27699

Bladen County Tax Office
Attn: Manager, Officer, Agent
201 E King St.
Elizabethtown, NC 28337

CHC TN, LLC
Attn: Manager, Officer, Agent
3340 LAKE VIEW DRIVE
Knoxville, TN 37919

United States Attorney
Attn: Civil Process Clerk
150 Fayetteville St., Ste 210
Raleigh, NC 27601-1461

Brendan A. Potts
1751 North Grand Ave W
Springfield, IL 62702

City of Lumberton
Attn: Manager, Officer, Agent
500 N Cedar Street
Lumberton, NC 28358

CITY VIEW MHC LLC
Attn: Manager, Officer, Agent
1030 N. Grand Ave West, East Bldg.
Springfield, IL 62702

GreenState Credit Union
Attn: Manager, Officer, Agent
2355 Landon Road, PO Box 800
North Liberty, IA 52317

Park Lake FInancial Solutions
Attn: Manager, Officer, Agent
108 Mactanly Place
Staunton, VA 24401

Clayton Homes - Tru White Pine
Attn: Manager, Officer, Agent
2215 Walnut Street
White Pine, TN 37890

Hoke County Tax Office
Attn: Manager, Officer, Agent
227 N. Main Street
Raeford, NC 28376

PATCH PLACE MHC LLC
Attn: Manager, Officer, Agent
1030 N. Grand Ave West, East Bld
Springfield, IL 62702

COUNTRYSIDE MHC LLC
Attn: Manager, Officer, Agent
401 E 11th Street
Lumberton, NC 28358

LAIKEN ESTATES MHC LLC
Attn: Manager, Officer, Agent
401 E 11th Street
Lumberton, NC 28358

PINE LOG MHC LLC
Attn: Manager, Officer, Agent
401 E 11th Street
Lumberton, NC 28358

Cumberland County Tax Admin.
Attn: Manager, Officer, Agent
117 Dick Street, Room 530
Fayetteville, NC 28301

LITTLEFIELD VILLAGE MHP LLC
Attn: Manager, Officer, Agent
401 E 11th Street
Lumberton, NC 28358

PINE RUN PARK MHP LLC
Attn: Manager, Officer, Agent
401 E 11th Street
Lumberton, NC 28358

DOGWOOD MHC LLC
Attn: Manager, Officer, Agent
401 E 11th Street
Lumberton, NC 28358

MAPLE CREEK MHP LLC
Attn: Manager, Officer, Agent
1030 N. Grand Ave West, East Bldg.
Springfield, IL 62702

PINEWOOD MHC LLC
Attn: Manager, Officer, Agent
401 E 11th Street
Lumberton, NC 28358

EAGLEWOOD MHP LLC
Attn: Manager, Officer, Agent
401 E 11th Street
Lumberton, NC 28358

Matthew W. Ring
2805 East Oakland Park Blvd
Suite 438
Fort Lauderdale, FL 33306

PLEASANT HOPE MHC LLC
Attn: Manager, Officer, Agent
401 E 11th Street
Lumberton, NC 28358

EASTVIEW MHC LLC
Attn: Manager, Officer, Agent
401 E 11th Street
Lumberton, NC 28358

Morgan County Treasurer
Attn: Manager, Officer, Agent
300 West State Street
Jacksonville, IL 62650

PRAIRIE KNOLLS MHP LLC
Attn: Manager, Officer, Agent
1030 N. Grand Ave West, East Bld
Springfield, IL 62702

GRAND VALLEY MHP LLC
Attn: Manager, Officer, Agent
1030 N. Grand Ave West, East Bldg.
Springfield, IL 62702

Neil C. Bender, II
100 East Las Olas Blvd
Suite 3804
Fort Lauderdale, FL 33301

RIDGEFIELD MHC LLC
Attn: Manager, Officer, Agent
401 E 11th Street
Lumberton, NC 28358

GREEN PINES MHC LLC
Attn: Manager, Officer, Agent
401 E 11th Street
Lumberton, NC 28358

Northpoint Commerical Finance, LLC
Attn: Manager, Officer, Agent
251 Little Falls Drive
Wilmington, DE 19808

Robeson County Tax Collector
Attn: Manager, Officer, Agent
550 N Chestnut Street
Lumberton, NC 28358

ROLLING ACRES MHC LLC
Attn: Manager, Officer, Agent
1030 N. Grand Ave West, East Bldg.
Springfield, IL 62702

TIME OUT MHP LLC
Attn: Manager, Officer, Agent
8 The Green, Suite R
Dover, DE 19901

WYSTERIA VILLAGE MHC LLC
Attn: Manager, Officer, Agent
401 E 11th Street
Lumberton, NC 28358

Sampson County Tax Collector
Attn: Manager, Officer, Agent
406 County Complex Rd
Clinton, NC 28328

TIME OUT PROPERTIES LLC
Attn: Manager, Officer, Agent
8 The Green, Suite R
Dover, DE 19901

Sangamon County Tax Collector
Attn: Manager, Officer, Agent
200 South 9th Street
Springfield, IL 62701

Top Park Maintenance
Attn: Manager, Officer, Agent
401 E 11th Street
Lumberton, NC 28358

SCHOOLVIEW MHC LLC
Attn: Manager, Officer, Agent
401 E 11th Street
Lumberton, NC 28358

TOP PARK SERVICES LLC
Attn: Manager, Officer, Agent
401 E Las Olas Blvd, Suite 130-161
Fort Lauderdale, FL 33301

SCOTTSDALE MHP LLC
Attn: Manager, Officer, Agent
1030 N. Grand Ave West, East Bldg.
Springfield, IL 62702

TURNER PARK MHC LLC
Attn: Manager, Officer, Agent
401 E 11th Street
Lumberton, NC 28358

Style Crest, Inc.
Attn: Manager, Officer, Agent
2626 Glenwood Ave Ste 550
Raleigh, NC 27608

VICTORIA ESTATES MHC LLC
Attn: Manager, Officer, Agent
401 E 11th Street
Lumberton, NC 28358

TAYLOR PARK MHC LLC
Attn: Manager, Officer, Agent
401 E 11th Street
Lumberton, NC 28358

WAYNESVILLE PLANTATION MHP LLC
Attn: Manager, Officer, Agent
401 E 11th Street
Lumberton, NC 28358

TAYLOR'S BRIDGE MHC LLC
Attn: Manager, Officer, Agent
401 E 11th Street
Lumberton, NC 28358

WEST ESTATES MHC LLC
Attn: Manager, Officer, Agent
401 E 11th Street
Lumberton, NC 28358

TIME OUT COMMUNITIES LLC
Attn: Manager, Officer, Agent
401 E 11th Street
Lumberton, NC 28358

WHITE SANDS MHC LLC
Attn: Manager, Officer, Agent
401 E 11th Street
Lumberton, NC 28358

**United States Bankruptcy Court**
Eastern District of North Carolina

In re **TOPPOS LLC**
Debtor(s)

Case No.
Chapter **11**

**CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)**

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **TOPPOS LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**October 5, 2023**
Date

**/s/ Blake Y. Boyette**
**Blake Y. Boyette 44239**
Signature of Attorney or Litigant
Counsel for **TOPPOS LLC**
**Buckmiller, Boyette & Frost, PLLC**
**4700 Six Forks Road**
**Suite 150**
**Raleigh, NC 27609**
**919-296-5040 Fax:919-890-0356**
**bboyette@bbflawfirm.com**