**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**FAYETTEVILLE DIVISION**

IN RE:

TOPPOS LLC,   CASE NO.: 23-02889-5-PWM
              CHAPTER 11

      DEBTOR(S)

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

      NOW COMES Richard P. Cook for the law firm of Richard P. Cook, PLLC, pursuant to Rules 2002, 9007, 9010 of the Federal Rules of Bankruptcy Procedure, and hereby enters an appearance in the above captioned proceeding on behalf of:

NEIL CARMICHAEL BENDER, II;
MATTHEW W. RING;
ABBOTT PARK MHC LLC;
ALAMAC VILLAGE MHP LLC;
BRITTANY COURT MHP LLC;
BULLOCK MHP LLC;
CADILLAC RANCH MHC LLC f/k/a BIG C'S MHP LLC;
CEDARBROOK ESTATES MHP LLC;
CENTRAL PARK 2 MHP LLC;
CENTRAL PARK 3 MHP LLC;
CITY VIEW MHC LLC;
COUNTRYSIDE MHC LLC;
DOGWOOD MHC, LLC;
EAGLEWOOD MHP LLC;
EASTVIEW MHC LLC;
GRAND VALLEY MHP LLC;
LAIKEN ESTATES MHC, LLC;
LITTLEFIELD VILLAGE MHP LLC;
MAPLE CREEK MHP LLC;
PATCH PLACE MHC LLC f/k/a MR PROPERTY GROUP LTD;
PINE RUN PARK MHP LLC;
PLEASANT HOPE MHC LLC f/k/a MEDITERRANEAN AVENUE, LLC;
PRAIRIE KNOLLS MHP LLC;
RIDGEFIELD MHC LLC;
ROLLING ACRES MHC LLC f/k/a ROLLING HILLS MOBILE ESTATES MHC LLC;
SCHOOLVIEW MHC, LLC;
SCOTTSDALE MHP LLC;
TAYLOR PARK MHC LLC;
TIME OUT COMMUNITIES, LLC;

TIME OUT PROPERTIES, LLC;
TOP PARK SERVICES LLC f/k/a BRANDO MANAGEMENT SERVICES, LLC;
TURNER PARK MHC, LLC;
VICTORIA ESTATES, MHC LLC;
WAYNESVILLE PLANTATION MHP LLC;
WEST ESTATES MHC LLC f/k/a WEST PARK MHC LLC;
WYSTERIA VILLAGE MHC LLC f/k/a WISTERIA VILLAGE MHC LLC.

The undersigned requests that a copy of all notices and pleadings in this case be served upon him at the following address:

>Richard P. Cook
>Richard P. Cook, PLLC
>7036 Wrightsville Ave, Suite 101
>Wilmington, NC 28403
>Telephone: (910) 399-3458
>Email: Richard@CapeFearDebtRelief.com

Dated: April 11, 2024

>RICHARD P. COOK, PLLC
>
>/s/ Richard P. Cook
>Richard P. Cook
>N.C. State Bar No. 37614
>7036 Wrightsville Ave, Suite 101
>Wilmington, NC 28403
>Telephone: (910) 399-3458
>Email: Richard@CapeFearDebtRelief.com

CERTIFICATE OF SERVICE

The undersigned certifies, under penalty of perjury, that he is over eighteen (18) years of age and that the:

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

Was served upon the below named parties, and/or their counsel, by mailing postage prepaid, first class mail to the address(es) shown below, via email transmission, or via CM/ECF where indicated:

<u>Via CM/ECF</u>
Bankruptcy Administrator

John C. Bircher, III
Chapter 11 Trustee

Buckmiller, Boyette & Frost, PLLC
Attorneys for the Debtor

<u>Via First Class Mail</u>
Toppos LLC
Attn: Managing Officer/Agent
401 E Las Olas Blvd, Suite 130−161
Fort Lauderdale, FL 33301
Debtor

Dated: April 11, 2024                    RICHARD P. COOK, PLLC

<u>/s/ Richard P. Cook</u>
7036 Wrightsville Ave, Suite 101
Wilmington, NC 28403
(910) 399-3458