**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**FAYETTEVILLE DIVISION**

| | |
|---|---|
| IN RE: ) | CASE NO. 23-02889-5-PWM |
| ) | |
| TOPPOS, LLC ) | |
| ) | CHAPTER 7 |
| TAX ID/EIN: 83-1403583 ) | |
| ) | |
| ) | |
| DEBTOR. ) | |

**MOTION TO EXTEND DEADLINE TO RESPOND AND CONTINUE HEARING ON TRUSTEE'S MOTION TO SUBSTANTIALLY CONSOLIDATE CERTAIN NON-DEBTOR AFFILIATES INTO THE BANKRUPTCY ESTATE**

GreenState Credit Union ("GSCU") through counsel, hereby moves the Court for an order an order extending the deadline for GSCU to respond to the Trustee's *Motion to Substantively Consolidate Certain Non-Debtor Affiliates into Bankruptcy Estate* (Dkt. 229, "motion").

In support of its motion, GSCU shows the Court that:

1. On October 5, 2023, the debtor filed a petition with the United States Bankruptcy Court for the Eastern District of North Carolina for relief under Chapter 11 of the United States Bankruptcy Code. The case converted to one under Chapter 7 on April 30, 2024. John C. Bircher, III, is the Chapter 7 Trustee.

2. On May 16, 2024, GSCU filed its *Motion For Relief From Stay Applying 11 U.S.C. §362(e)* (Dkt. 202). No objections being filed, this Court entered an *Order Granting Relief From Automatic Stay* (Dkt. 208) on June 5, 2024, granting GSCU's request.

3. Trustee's motion raises serious allegations and GSCU needs additional time to confer with counsel on the implications that they may have on GSCU, its claim, and to formulate an appropriate reply to the Trustee's motion.

4. The current deadline to respond to the Trustee's motion is August 1, 2024 and the hearing on the motion is scheduled for August 7, 2024 at 10:00 a.m. E.D.T.

5. The Trustee consents to GSCU's request to extend its response deadline and the Court has entered orders to similarly situated creditors extending the deadline to respond to September 6, 2024.

BASED UPON THE FOREGOING, GreenState Credit Union respectfully asks the Court to enter an order extending the deadline for responding to the Trustee's motion through and including September 6, 2024, and continuing the hearing to a date and time after September 6, 2024 that is convenient to the Court, and for such other relief as the Court may deem just and proper.

This, the 31st day of July 2024.

HUTCHENS LAW FIRM LLP

BY: /s/:  Joseph J. Vonnegut
Joseph J. Vonnegut     NC Bar # 32974
Phillip A. Hedrick, Jr.    NC Bar # 56326
Kelly Dowd Tomasic    NC Bar # 53238
Attorney for GreenState Credit Union
Post Office Box 2505
4317 Ramsey Street
Fayetteville, North Carolina  28311
(910) 864-6888
(910) 864-6177 *fax*
NC State Bar No: 32974

THIS IS A COMMUNICATION FROM A DEBT COLLECTOR.  THE PURPOSE OF THIS COMMUNICATION IS TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date this *MOTION TO EXTEND DEADLINE TO RESPOND AND CONTINUE HEARING ON TRUSTEE'S MOTION TO SUBSTANTIALLY CONSOLIDATE CERTAIN NON-DEBTOR AFFILIATES INTO THE BANKRUPTCY ESTATE* was served upon the following parties by depositing a copy enclosed in a postpaid, properly addressed wrapper in a post office or official depository under the exclusive care and custody of the United States Postal Service or via the appropriate electronic servicer:

Debtor:
TOPPOS, LLC
401 E Las Olas Boulevard
Suite 130-161
Fort Lauderdale, FL 33301

Various Parties Represented By Richard P. Cook
Richard P. Cook
Richard P. Cook, PLLC
7036 Wrightsville Avenue
Suite 101
Wilmington, NC 28403

Attorneys for Debtor:
Blake Y. Boyette
Joseph Z. Frost
Buckmiller, Boyette & Frost, PLLC
4700 Six Forks Road/ Suite 150
Raleigh, NC 27609

Chapter 7 Trustee:
John C. Bircher, III
209 Pollock Street
New Bern, NC 28560

Bankruptcy Administrator
Brian C. Behr
Office of the Bankruptcy Administrator
434 Fayetteville Street, Suite 640
Raleigh, NC 27601

This the 31st day of July, 2024.

HUTCHENS LAW FIRM LLP

BY: /s/ Joseph J. Vonnegut
Joseph J. Vonnegut      NC Bar # 32974
Phillip A. Hedrick, Jr.   NC Bar # 56326
Kelly Dowd Tomasic     NC Bar # 53238
Attorney for GreenState Credit Union
Post Office Box 2505
4317 Ramsey Street
Fayetteville, North Carolina 28311
(910) 864-6888 / (910) 864-6177 *fax*
NC State Bar No: 32974