**SO ORDERED**

**SIGNED this 14 day of August, 2024.**

_____
Pamela W. McAfee
United States Bankruptcy Judge

_____

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## FAYETTEVILLE DIVISION

IN RE:

TOPPOS LLC,

      DEBTOR

CASE NO.
23-02889-5-PWM
CHAPTER 7

## ORDER

     TOPPOS, LLC filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code on October 5, 2023. On December 12, 2023, the court entered a consent order appointing a chapter 11 trustee and appointed John C. Bircher III as trustee. On April 30, 2024, the case was converted to one under chapter 7, and Mr. Bircher was appointed the chapter 7 trustee. On July 18, 2024, the Trustee filed a Motion to Substantively Consolidate Certain Non-Debtor Affiliates into Bankruptcy Estate, D.E. 229. Interested parties have filed responses or obtained extensions of time to file responses, and some indicated that further information would assist with the formulation of a position and a response. As a result, the court conducted a status hearing by video conference on August 14, 2024. As indicated at the hearing, the following deadlines will apply absent a written request for additional time:

     The deadline to request documents from any party is August 28, 2024

     The deadline to produce requested documents is September 11, 2024.

     The deadline for all parties to file a response to the motion is September 20, 2024.

     A hearing on the motion will be held on Wednesday, October 2, 2024, at 10:00 a.m. at the Century Station Post Office and United States Courthouse, 300 Fayetteville Street, Room 208, Raleigh, North Carolina 27602.

**END OF DOCUMENT**