UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
FAYETTEVILLE DIVISION

IN RE:

TOPPOS, LLC                                                        CASE NO: 23-02889-5-PWM

DEBTOR                                                                CHAPTER 7

### MOTION TO REDUCE TIME AND EXPEDITED HEARING ON EMERGENCY MOTION TO DIRECT TURNOVER AND DELIVER PROPERTY OF THE ESTATE PURSUANT TO 11 U.S.C. § 542

NOW COMES John C. Bircher III ("Trustee") in the above referenced case, and requests an order shortening time for the filing of a response and set an expedited hearing on the Trustee's Emergency Motion to Direct Turnover and Deliver Property of the Estate Pursuant to 11 U.S.C. § 542 ("Turnover"), and in support, shows the following:

1. The Debtor filed a Petition for relief under Chapter 11 of the United States Code on October 5, 2023. On December 12, 2023, the Court appointed John C. Bircher III the Chapter 11 Trustee. On April 30, 2024, the case was converted to Chapter 7 and John C. Bircher III was appointed Trustee.

2. The Trustee requests shorten time to respond to the Turnover Motion as Trustee has yet to receive July rent deposits from Debtor's Affiliates, and the fluid nature of cash creates tracing and dissipation issues that must be addressed expeditiously for fear of loss of estate value to the detriment of creditors of the Estate.

3. The Trustee requests that the time be shortened to September 4, 2024 at 5:00 p.m. with an expedited hearing set for September 5, 2024 at 11:00 a.m. at 300 Fayetteville Street, 2nd Floor Courtroom, Raleigh, NC.

WHEREFORE, the Trustee requests that the time for filing responses to the Turnover be shortened to September 4, 2024 by 5:00 p.m. with a hearing date of September 5, 2024 at 11: 00 a.m. at 300 Fayetteville Street, 2nd Floor Courtroom, Raleigh, NC

Dated: 08/29/2024

                                                                                            s/John C. Bircher III
                                                                                            John C. Bircher III
                                                                                            N.C. State Bar No. 24119
                                                                                            DAVIS HARTMAN WRIGHT LLP
                                                                                            Attorneys for Trustee
                                                                                            209 Pollock Street
                                                                                            New Bern, NC 28560
                                                                                            Telephone/Facsimile 252-262-7055
                                                                                            Email: jcb@dhwlegal.com

CERTIFICATE OF SERVICE

    The undersigned hereby certifies under penalty of perjury that he is over eighteen (18) years of age and the MOTION TO REDUCE TIME was this day served upon the below named person, as indicated:

  Brian C. Behr
  Bankruptcy Administrator
  (via CM/ECF and email transmission)

I certify under penalty of perjury that the foregoing is true and correct.

Dated: 08/29/2024

        s/John C. Bircher III
        John C. Bircher III
        N.C. State Bar No. 24119
        DAVIS HARTMAN WRIGHT LLP
        209 Pollock Street
        New Bern, NC 28560
        Telephone/Facsimile 252-262-7055
        Email: jcb@dhwlegal.com