**SO ORDERED**

**SIGNED this 5 day of September, 2024.**

Pamela W. McAfee
United States Bankruptcy Judge

_____

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### FAYETTEVILLE DIVISION

**IN RE:**

**TOPPOS LLC,**

      **DEBTOR**

**CASE NO.**
**23-02889-5-PWM**
**CHAPTER 7**

## ORDER

The matter before the court is the Motion to Direct Turnover and Deliver Property of the Estate Pursuant to 11 U.S.C. § 542 filed by the chapter 7 trustee on August 29, 2024, D.E. 267. The debtor's affiliate parties to which that motion pertains, *i.e.* the Affiliates, filed a response in opposition to the motion on September 4, 2024, D.E. 273. A hearing on the matter was held in Raleigh, North Carolina, on September 5, 2024.

As the court directed at the conclusion of that hearing, Top Park Services, LLC (or any other entity maintaining the bank accounts into which rent is deposited and expenses are paid related to the operation of the parks on which manufactured homes owned by the debtor are located) shall electronically provide to the trustee, by 5:00 p.m. on Friday, September 6, 2024, all bank statements and similar documentation demonstrating funds coming in to and going out of those bank accounts for the months of July and August 2024, and for September 1-5, 2024, to the extent those documents have not already been provided to the trustee.

The hearing on the trustee's turnover motion will resume on Wednesday, October 2, 2024, at 10:00 a.m. at the Century Station Post Office and United States Courthouse, 300 Fayetteville Street, Room 208, Raleigh, North Carolina 27602, in conjunction with the scheduled hearing on the Trustee's Motion to Substantively Consolidate Certain Non-Debtor Affiliates into Bankruptcy Estate, D.E. 229.

**END OF DOCUMENT**