UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
FAYETTEVILLE DIVISION

IN RE:  CHAPTER 7

**TOPPOS LLC,**  CASE NO. 23-02889-5-PWM

    Debtor.

## NOTICE OF RESCHEDULED HEARING

NOTICE IS HEREBY GIVEN of Rescheduled Hearing on Trustee's **Motion to Transfer Case Outside of District filed September 21, 2024 [Dkt.289].**

The hearing on this motion has been **rescheduled to an earlier date.**

There will be a hearing at **10:00 a.m. on Tuesday, October 1, 2024,** at the **United States Bankruptcy Courthouse, Century Station Federal Building, 300 Fayetteville Street, 2nd Floor Courtroom, Raleigh, North Carolina 27601**. If you or your attorney do not object, the court may decide that you do not oppose the relief sought in the Motions and may enter an order granting that relief.

This the 25th day of September, 2024.

    STEVENS MARTIN VAUGHN
     & TADYCH, PLLC

    s/ Kathleen O'Malley_____
    Kathleen O'Malley
    State Bar No. 51654
    2225 W. Millbrook Rd.
    Raleigh, NC 27612
    Tel.: (919) 582-2300
    Email: komalley@smvt.com