**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**FAYETTEVILLE DIVISION**

IN RE:

TOPPOS LLC,                          CASE NO.: 23-02889-5-PWM
                                     CHAPTER 7

      DEBTOR(S)

---

### AMENDED NOTICE OF SPECIAL APPEARANCE

---

Please take notice that the undersigned Brad S. Shraiberg hereby enters a notice of special appearance as attorney for Top Park Services, LLC ("Top Park"), Time Out Properties, LLC ("Time Out"), Grand Valley MHP, LLC ("Grand Valley"), Prairie Knolls MHP, LLC ("Prairie Knolls") and Rolling Acres MHP, LLC ("Rolling Acres") name in the above-captioned case, in association with Local Civil Rule 83.1(d) attorney, Richard P. Cook.

I certify that I will submit any document to Local Civil Rule 83.1(d) attorney for review prior to filing the document with the court

Respectfully submitted this 30th day of September, 2024.

                  **SHRAIBERG PAGE P.A.**
                  2385 NW Executive Center Drive, #300
                  Boca Raton, Florida 33431
                  Telephone: 561-443-0800
                  Facsimile: 561-998-0047
                  Email: bshraiberg@slp.law
                  Email: pdorsey@slp.law

                  By:    /s/ Bradley Shraiberg
                          Bradley S. Shraiberg, Esq.
                          Florida Bar. No. 121622

{2548/000/00590055}

RICHARD P. COOK, PLLC

/s/ Richard P. Cook
Richard P. Cook
N.C. Bar No. 37614
7036 Wrightsville Ave, Suite 101
Wilmington, NC 28403
Telephone: (910) 399-3458
Email: Richard@CapeFearDebtRelief.com
Local Civil Rule 83.1(d) Attorney

CERTIFICATE OF SERVICE

The undersigned certifies, under penalty of perjury, that he is over eighteen (18) years of age and that the:

**AMENDED NOTICE OF SPECIAL APPEARANCE**

Was served upon the below named parties, and/or their counsel, by mailing postage prepaid, first class mail to the address(es) shown below, via hand delivery, via email transmission, or via CM/ECF where indicated:


<u>Via CM/ECF</u>
Bankruptcy Administrator

John C. Bircher, III
Chapter 7 Trustee

Kathleen O'Malley
Special Counsel

Buckmiller, Boyette & Frost, PLLC
Attorneys for the Debtor

<u>Via Email</u>
Brad Shraiberg
Attorney for the Florida Debtors

<u>Via First Class Mail</u>
Toppos LLC
Attn: Managing Officer/Agent
401 E Las Olas Blvd, Suite 130−161
Fort Lauderdale, FL 33301
Debtor


Dated: September 30, 2024                    RICHARD P. COOK, PLLC

                                             /s/ Richard P. Cook
                                             7036 Wrightsville Ave, Suite 101
                                             Wilmington, NC 28403
                                             (910) 399-3458

{2548/000/00590055}

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**FAYETTEVILLE DIVISION**

IN RE:

TOPPOS LLC,                                          CASE NO.: 23-02889-5-PWM
                                                     CHAPTER 7

      DEBTOR(S)

---

**FED. R. BANKR. P. 7007.1 DISCLOSURE STATEMENT**

---

Pursuant to Fed. R. Bankr. P. 7007.1, Top Park Services, LLC ("Top Park"), Time Out Properties, LLC ("Time Out"), Grand Valley MHP, LLC ("Grand Valley"), Prairie Knolls MHP, LLC ("Prairie Knolls") and Rolling Acres MHP, LLC ("Rolling Acres") file this disclosure statement.

If the filer is a nongovernmental corporate party, identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation:

Time Out does not have a parent corporation.

Time Out is the parent corporation of Grand Valley.

Time Out is the parent corporation of Prairie Knolls.

Time Out is the parent corporation of Rolling Acres.

Top Park does not have a parent corporation.

Dated: September 30, 2024

SHRAIBERG PAGE P.A.
2385 NW Executive Center Drive, #300
Boca Raton, Florida 33431
Telephone: 561-443-0800
Facsimile: 561-998-0047
Email: bshraiberg@slp.law
Email: pdorsey@slp.law

By:    /s/ Bradley Shraiberg
      Bradley S. Shraiberg, Esq.
      Florida Bar. No. 121622

{2548/000/00590106}

RICHARD P. COOK, PLLC

/s/ Richard P. Cook
Richard P. Cook
Attorney for the Florida Debtors
N.C. Bar No. 37614
7036 Wrightsville Ave, Suite 101
Wilmington, NC 28403
(910) 399-3458
Richard@CapeFearDebtRelief.com