**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**FAYETTEVILLE DIVISION**

| | |
|---|---|
| IN RE: )<br>)<br>TOPPOS, LLC )<br>TAX ID/EIN: 83-1403583 )<br>)<br>)<br>)<br>DEBTOR )<br>) | CASE NO. 23-02889-5-PWM<br><br>CHAPTER 7 |

**WITHDRAWAL OF STIPULATION REMOVING TIME OUT PROPERTIES LLC, FROM TRUSTEE'S MOTION TO SUBSTANTIVELY CONSOLIDATE CERTAIN NON-DEBTOR AFFILIATES INTO BANKRUPTCY ESTATE**

THE TRUSTEE and GREEN STATE CREDIT UNION, parties to the Stipulation Removing Brittany Court MHP, LLC, Patch Place MHC LLC, Scottsdale MHP LLC and Time Out Properties, LLC from the Trustee's Motion for Substantive Consolidation [D.E. 279], WITHDRAWS the stipulation as concerns Time Out Properties, LLC, as its inclusion was an oversight and was unintentional on the part of the Trustee, and Green State consents to this withdrawal as to Time Out Properties, LLC.

DATED: 09/30/2024

Stipulated and consented to:

s/Joseph J. Vonnegut
Joseph J. Vonnegut
NC State Bar No. 32974
HUTCHENS LAW FIRM LLP
P.O. Box 2505
Fayetteville, NC  28302
Tel: (910) 864-2668
joe.vonnegut@hutchenslawfirm.com

s/John C. Bircher III
John C. Bircher III
NC State Bar No. 24119
DAVIS HARTMAN WRIGHT LLP
209 Pollock Street
New Bern, NC  28560
Tel: (252) 262-7055
jcb@dhwlegal.com