**SO ORDERED**

**SIGNED this 1 day of October, 2024.**

_____
Pamela W. McAfee
United States Bankruptcy Judge

_____

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## FAYETTEVILLE DIVISION

IN RE:

TOPPOS, LLC

DEBTOR

CASE NO.
23-02889-5-PWM
CHAPTER 7

### ORDER TRANSFERRING VENUE

The matter before the court is the Trustee's Motion to Change Venue of Affiliate Bankruptcy Filings from the Southern District of Florida Pursuant to Bankruptcy Rule 1014(b), D.E. 289 (the Venue Motion). At a hearing conducted in Raleigh, North Carolina on October 1, 2024, the parties advised the court on the record that they have consented to the change of venue of the following cases from the United States Bankruptcy Court for the Southern District of Florida: Top Park Services, LLC, 24-19720-PDR; Time Out Properties, LLC, 24-19722-PDR; Grand Valley MHP, LLC, 24-19715-PDR; Prairie Knolls MHP, LLC, 24-19716-PDR; and Rolling Acres MHP, LLC, 24-19718-PDR. Accordingly, the Venue Motion is ALLOWED and the cases are to be transferred to this court from the Southern District of Florida effective immediately, with the 14-day waiting period usually imposed for appeal abrogated by agreement of the parties.[1]

END OF DOCUMENT

---

[1] The parties will submit a more detailed consent order outlining additional terms of their agreement.