

**SO ORDERED**

**SIGNED this 3 day of October, 2024.**

_____
Pamela W. McAfee
United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
FAYETTEVILLE DIVISION

IN RE:

TOPPOS, LLC                                    CASE NO. 23-02889-5-PWM

    DEBTOR                                    CHAPTER 7

**ORDER AUTHORIZING EMPLOYMENT OF SPECIAL COUNSEL**

    UPON APPLICATION of John C. Bircher III, Chapter 7 Trustee in the above-referenced case ("Trustee") for an Order Authorizing Employment of Special Counsel, and

    IT APPEARING that the Trustee desires to retain the services of KATHLEEN O'MALLEY and the firm of STEVENS MARTIN VAUGHN & TADYCH, PLLC (the "Firm") with compensation subject to Bankruptcy Court Approval, and

    IT APPEARING that such employment is in the best interest of the estate, and

    IT APPEARING that the Firm is disinterested and does not hold or represent an interest adverse to the estate; and, that to the Firm has no connection or relationship to or with the Debtor, creditors, or any other party in interest, nor with their Attorneys or accountants, and

    IT APPEARING that the specific facts necessary for the employment of Firm and the professional services to be rendered were outlined in the Application; and

    NOW, THEREFORE, IT IS ORDERED that the Trustee in the above-referenced case be and is authorized to retain the Firm as Special Counsel for Trustee

with compensation subject to Bankruptcy Court approval.

END OF DOCUMENT

Case 23-02889-5-PWM    Doc 313    Filed 10/03/24    Entered 10/03/24 09:48:34    Page 2 of 2