**SO ORDERED**

**SIGNED this 15 day of October, 2024.**

_____
Pamela W. McAfee
United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
FAYETTEVILLE DIVISION

| | |
|---|---|
| IN RE: | |
| TOPPOS, LLC | CASE NO: 23-02889-5-PWM |
| DEBTOR | CHAPTER 7 |

**CONSENT ORDER ON TRUSTEE'S MOTION TO CHANGE VENUE OF AFFILIATE BANKRUPTCY FILINGS FROM SOUTHERN DISTRICT OF FLORIDA PURSUANT TO BANKRUPTCY RULE 1014(b) AND TRUSTEE'S MOTION TO SUBSTANTIVELY CONSOLIDATE CERTAIN NON-DEBTOR AFFILIATES INTO BANKRUPTCY ESTATE**

THIS MATTER comes before the Court upon the Trustee's Motion to Change Venue of Affiliate Bankruptcy Filings from Southern District of Florida pursuant to Bankruptcy Rule 1014(b) (the "Transfer Motion") [Dkt. 289] and Motion to Substantively Consolidate Certain Non-Debtor Affiliates into Bankruptcy Estate (the "Consolidation Motion") [Dkt. 229]. With the parties having indicated their consent by signing below, the Court finds as follows:

1. This case commenced with the filing of a voluntary Chapter 11 bankruptcy petition by the Debtor on October 5, 2023 ("Petition Date") [D.E. #1], commencing the above-captioned

1

bankruptcy case (the "Bankruptcy Case").

2. On September 20, 2024, five affiliates of the Debtor, Top Park Services, LLC, Time Out Properties, LLC Grand Valley MHP. LLC, Prairie Knolls, MHP, LLC, and Rolling Acres MHP, LLC, filed petitions for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Florida, case nos. 24-19720-PDR, 24-19722-SMG, 24-19715-PDR, 24-19716-SMG and 24-19718-PDR (the "Florida Cases").

3. The parties have agreed to resolve and/or continue the Transfer Motion and the Consolidation Motion as follows:

    (a) The Florida Cases shall be transferred to the United States Bankruptcy Court for the Eastern District of North Carolina effective immediately;

    (b) The hearing on the Consolidation Motion shall be continued for a period of not less than thirty (30) days;

    (c) All parties reserve all rights with regards to the Florida Cases;

    (d) The Debtors in the Florida Cases shall provide a weekly budget to actual report per Debtor to all parties to this order, including the Chapter 7 Trustee for TOPPOS, LLC, and the Bankruptcy Administrator;

    (e) Top Park Services, LLC shall additionally provide a weekly budget and budget to actual report to the parties to this order for Cedarbrook MHP, LLC, and Maple Creek MHP, LLC;

    (f) The Florida Debtors shall file their schedules by October 15, 2024;

    (g) The Chapter 7 Trustee for TOPPOS, LLC, and the Bankruptcy Administrator shall have online access to view the financial transactions of the Florida Debtors when they are posted by the bank.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED as follows:

1. Case nos. 24-19720-PDR, 24-19722-SMG, 24-19715-PDR, 24-19716-SMG and 24-19718-PDR pending in the United States Bankruptcy Court for the Southern District of Florida shall be transferred effective immediately to the United States Bankruptcy Court for the Eastern District of North Carolina;

2. The hearing on the Trustee's Consolidation Motion shall be continued for a period of not less than thirty (30) days;

3. All parties reserve all rights with regards to the Florida Cases;

4. The Debtors in the Florida Cases shall provide a weekly budget to actual report per Debtor to all parties to this order, including the Chapter 7 Trustee for TOPPOS, LLC, and the Bankruptcy Administrator;

5. Top Park Services, LLC shall additionally provide a weekly budget and budget to actual report to the parties to this order for Cedarbrook MHP, LLC, and Maple Creek MHP, LLC;

6. The Florida Debtors shall file their schedules by October 15, 2024;

7. The Chapter 7 Trustee for TOPPOS, LLC, and the Bankruptcy Administrator shall have online access to view the financial transactions of the Florida Debtors when they are posted by the bank.

**WE CONSENT:**

| | |
|---|---|
| **Stevens Martin Vaughn & Tadych, PLLC** | **Richard P. Cook, PLLC** |
| s/ Kathleen O'Malley | s/ Richard Preston Cook |
| Kathleen O'Malley | Richard Preston Cook |
| N.C. State Bar No. 51654 | N.C. State Bar No. 37614 |
| 2225 W. Millbrook Rd. | 7036 Wrightsville Ave., Suite 101 |
| Raleigh, NC 27612 | Wilmington, NC 28403 |
| Telephone: (919) 582-2300 | Telephone: (910) 399-3458 |

Email: komalley@smvt.com
*Attorney for Ch. 7 Trustee*

Email: capefeardebtrelief@gmail.com
*Counsel for the Debtor*

s/ Brian C. Behr
Brian C. Behr
N.C. State Bar No. 36616
Bankruptcy Administrator, EDNC
434 Fayetteville Street, Suite 640
Raleigh, NC 27601
Telephone: (919) 856-4886
Email: brian_behr@nceba.uscourts.gov

**Ballard Spahr LLP**

s/ Diane E. Vuocolo
Diane E. Vuocolo
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Telephone: (215) 864-8162
Email: vuocolod@ballardspahr.com
*Counsel for M&T*

**Bradley Arant Boult Cummings LLP**

s/ Jay Robert Bender
Jay Robert Bender
N.C. State Bar No.57825
214 North Tryon Street
Suite 3700
Charlotte, NC 28202
Telephone: (704) 338-6035
*Counsel for Northpoint Commercial Finance*

**Parker Poe Adams & Bernstein LLP**

s/ Will L. Esser, IV
Will L. Esser, IV
N.C. State Bar No. 29201
620 South Tryon Street, Suite 800
Charlotte, NC 28202
Telephone: (704) 335-9507
Email: willesser@parkerpoe.com
*Counsel for Standard Insurance Company*

**END OF DOCUMENT**