UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
FAYETTEVILLE DIVISION

IN RE:

TOPPOS, LLC   CASE NO. 23-02889-5-PWM

   DEBTOR   CHAPTER 7

IN RE:

GRAND VALLEY MHP, LLC   CASE NO. 24-03431-5-PMW

   DEBTOR   CHAPTER 11

**RESPONSE TO 21ST MORTGAGE CORPORATION'S MOTION FOR RELIEF FROM AUTOMATIC STAY**

John C. Bircher, III, as Chapter 7 Trustee (the "Trustee") for TOPPOS, LLC ("TOPPOS" or the "Debtor"), and as Interim Chapter 11 Trustee of Grand Valley MHP, LLC responds to 21st Mortgage Corporation's ("21st") Motion for Relief from Automatic Stay as follows:

1. Trustee is informed and believes that 21st only has a security interest in TOPPOS owned personal property, and that this Motion is an attempt to lift the stay as to certain manufactured homes located in Grand Valley MHP, LLC, a Chapter 11 Debtor in this Court.

2. To the extent that the Movant is seeking Stay relief on property located in Grand Valley MHP, LLC, Trustee requests an opportunity to be heard concerning the status of all personal property located in Grand Valley MHP, LLC in order to clarify for the record and for the parties in interest the status of manufactured homes in this park.

1

WHEREFORE, Trustee requests a hearing on this matter, and Trustee further consents to the hearing being set more than 30 days from the filing of this Motion.

Dated: October 31, 2024

s/John C. Bircher III
John C. Bircher III
N.C. State Bar No. 24119
DAVIS HARTMAN WRIGHT LLP
209 Pollock Street
New Bern, NC 28560
Telephone/Fascimile 252-262-7055
Email: jcb@dhwlegal.com

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies under penalty of perjury that he is over eighteen (18) years of age and the **RESPONSE TO 21ST MORTGAGE CORPORATION'S MOTION FOR RELIEF FROM AUTOMATIC STAY** was this day served upon the parties listed via first class mail bearing sufficient postage and/or electronically as indicated.

Brian C. Behr, Esq.
Bankruptcy Administrator
(via CM/ECF)

Benjamin A. Barco
Attorney for 21st Mortgage Corporation
(via CM/ECF)

Richard P. Cook
Patrick Dorsey
Attorney for Grand Valley MHP, LLC
(via CM/ECF)

Toppos LLC
Grand Valley MHP, LLC
Attn: Manager or Agent
401 E. Las Olas Blvd., Suite 130-161
Fort Lauderdale, FL  33301

  Dated:  10/31/2024    s/John C. Bircher III
                John C. Bircher III
                N.C. State Bar No. 24119
                DAVIS HARTMAN WRIGHT LLP
                209 Pollock Street
                New Bern, NC 28560
                Telephone/Facsimile 252-262-7055
                Email: jcb@dhwlegal.com