**SO ORDERED**

**SIGNED this 14 day of January, 2025.**

_____
Pamela W. McAfee
United States Bankruptcy Judge

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# FAYETTEVILLE DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| **TOPPOS, LLC,** | **CASE NO. 23-02889-5-PWM** |
| Debtor. | |

### ORDER GRANTING FIRST INTERIM APPLICATION
### FOR PROFESSIONAL SERVICE FEES

THIS MATTER comes before the Court upon the First Interim Application for Professional Services Fees, which seeks professional services rendered in the amount of $27,792.00 and expenses in the amount of $3,780.51 for a total of $31,572.51 for the period of September 6, 2024 to November 21, 2024, and for good cause shown,

IT IS HEREBY ORDERED that the application is allowed and approved for the fees and expenses in the full requested amount of $31,572.51.

**END OF DOCUMENT**