**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 23-02889 | | | Trustee Name: | John C. Bircher III |
| Case Name: | TOPPOS LLC | | | Date Filed (f) or Converted (c): | 04/30/2024 (c) |
| For the Period Ending: | 12/31/2024 | | | §341(a) Meeting Date: | 07/16/2024 |
| | | | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exemption Amount |
| Ref. # | | | | | | | |
| 1  VOID | $0.00 | $0.00 | | $0.00 | FA | $0.00 | $0.00 |
| 2  United Community Bank Checking 1300 | $100.00 | $100.00 | | $0.00 | $100.00 | $0.00 | $0.00 |
| 3  Manufactured Home Trailers - See Exhibit A attached to Schedule A/B net book value of debtor's interest $0.00 valuation method used for current value N/A | $58,083,491.48 | $58,083,491.48 | | $0.00 | $58,083,491.48 | $0.00 | $0.00 |
| 4  Potential Claims against lenders for unfair and deceptive trade practices | Unknown | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 |
| 5  Rental Income | $0.00 | $0.00 | | $642,050.00 | $0.00 | $0.00 | $0.00 |
| 6  manufactured homes located in manufactured home parks called Cape Fear Village, Green Pines, Pinewood and White Sands (collectively "NC Parks") in North Carolina | $0.00 | $261,648.46 | | $0.00 | $261,648.46 | $0.00 | $0.00 |
| 7  Ch 11 Trust funds (u) | $0.00 | $605,496.63 | | $617,219.19 | $0.00 | $0.00 | $0.00 |
| 8  Private Sale - 27 mobile homes | $0.00 | $0.00 | | $52,900.17 | $0.00 | $0.00 | $0.00 |
| 9  Ch 11 Bond - refund (u) | $1,575.00 | $1,575.00 | | $1,575.00 | $0.00 | $0.00 | $0.00 |
| TOTALS (Excluding unknown value) | $58,085,166.48 | $58,952,311.57 | | $1,313,744.36 | $58,345,239.94 | $0.00 | $0.00 |

**Major Activities affecting case closing:**

01/21/2025   Trustee is managing and liquidating assets and researching Chapter 5 action issues and managing related cases

| Initial Projected Date Of Final Report (TFR): | 06/30/2026 | Current Projected Date Of Final Report (TFR): | /s/ JOHN C. BIRCHER III |
|---|---|---|---|
| | | | JOHN C. BIRCHER III |

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1

| | | |
|---|---|---|
| Case No. | 23-02889 | |
| Case Name: | TOPPOS LLC | |
| Primary Taxpayer ID #: | **-***3583 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 10/05/2023 | |
| For Period Ending: | 12/31/2024 | |

| | | |
|---|---|---|
| Trustee Name: | John C. Bircher III | |
| Bank Name: | Pinnacle Bank | |
| Checking Acct #: | ******0036 | |
| Account Title: | John C. Bircher III, Ch 7 Trustee for Toppos | |
| Blanket bond (per case limit): | $1,500,000.00 | |
| Separate bond (if applicable): | $2,400,000.00 | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/13/2024 | (7) | John C. Bircher III Trustee | Funds from Ch 11 Trust account | 1290-000 | $605,496.63 | | $605,496.63 |
| 05/13/2024 | 5001 | International Sureties, LTD. | Pro-rata bond premium increase | 2300-000 | | $50.81 | $605,445.82 |
| 05/14/2024 | (5) | Debtor - Via Top Park Services | WIRE IN - Rents cleared 05/13/2024 | 1122-000 | $41,050.00 | | $646,495.82 |
| 05/15/2024 | | Triad Insurance | Wire OUT - Insurance | 2990-000 | | $4,803.77 | $641,692.05 |
| 05/24/2024 | | Stetson Insurance Funding | Wire OUT - May Insurance | 2990-000 | | $19,690.77 | $622,001.28 |
| 06/13/2024 | | Triad Financial Services | Wire OUT - Insurance | 2990-000 | | $4,019.29 | $617,981.99 |
| 06/14/2024 | (5) | Debtor - Via Top Park Services | WIRE IN 06/12 - RENTS cleared 06/12/2024 | 1122-000 | $50,000.00 | | $667,981.99 |
| 06/18/2024 | 5002 | International Sureties, LTD. | Bond Payment | 2300-000 | | $41.83 | $667,940.16 |
| 06/18/2024 | 5003 | International Sureties, LTD. | Bond Payment | 2300-000 | | $41.83 | $667,898.33 |
| 06/19/2024 | 5002 | VOID: International Sureties, LTD. | Void of Check# 5002 | 2300-003 | | ($41.83) | $667,940.16 |
| 06/24/2024 | (5) | Debtor - via Top Park Services | WIRE IN - 06/20/24 - Rents | 1122-000 | $60,000.00 | | $727,940.16 |
| 06/26/2024 | (5) | Debtor via Top Park Services | Wire IN - 06/20/24 - Rent | 1122-000 | $25,000.00 | | $752,940.16 |
| 06/27/2024 | (5) | Debtor - via Top Park Services | Wire IN - Rent | 1122-000 | $44,450.00 | | $797,390.16 |
| 06/27/2024 | | Stetson Insurance Funding | Wire OUT - insurance | 2990-000 | | $19,690.77 | $777,699.39 |
| 07/10/2024 | (5) | Debtor - via Top Park Services | WIRE IN - rents | 1122-000 | $50,000.00 | | $827,699.39 |
| 07/11/2024 | (5) | Debtor - via Top Park Services | WIRE IN - rents | 1222-000 | $50,000.00 | | $877,699.39 |
| 07/11/2024 | | Triad Financial Services | Wire OUT - Insurance - Invoice 7205 | 2990-000 | | $4,019.29 | $873,680.10 |
| 07/12/2024 | | Stetson Insurance Funding | Wire OUT - insurance | 2990-000 | | $19,690.77 | $853,989.33 |
| 07/17/2024 | (5) | Debtor via Top Park Services | Wire IN - 07/12/2024 - Rents | 1222-000 | $50,000.00 | | $903,989.33 |
| 07/17/2024 | (5) | Debtor - via Top Park Services | Wire IN - 07/15/2024 - Rents | 1222-000 | $21,850.00 | | $925,839.33 |
| 07/17/2024 | (7) | JOHN C. BIRCHER III | Funds from Ch 11 Trust account | 1290-000 | $11,722.56 | | $937,561.89 |
| 07/31/2024 | | Pinnacle Bank | Service Charge | 2600-000 | | $1,267.46 | $936,294.43 |
| 08/02/2024 | | Triad Financial Services | Wire OUT - Insurance - Invoice $7366 | 2990-000 | | $4,019.29 | $932,275.14 |
| 08/05/2024 | | TOP PARK SERVICES | WIRE OUT - Insurance for April - July Invoice 34214 | 2990-000 | | $5,903.72 | $926,371.42 |
| | | | **SUBTOTALS** | | **$1,009,569.19** | **$83,197.77** | |

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 2

| Case No. | 23-02889 | | Trustee Name: | John C. Bircher III |
|---|---|---|---|---|
| Case Name: | TOPPOS LLC | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***3583 | | Checking Acct #: | ******0036 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | John C. Bircher III, Ch 7 Trustee for Top |
| For Period Beginning: | 10/05/2023 | | Blanket bond (per case limit): | $1,500,000.00 |
| For Period Ending: | 12/31/2024 | | Separate bond (if applicable): | $2,400,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/06/2024 | 5004 | Overby Court Reporting Service | Court Reporter for 204/341 Invoice #240716-189-R | 2990-000 | | $903.30 | $925,468.12 |
| 08/27/2024 | | Stetson Insurance Funding | Wire OUT - insurance | 2990-000 | | $19,690.77 | $905,777.35 |
| 08/30/2024 | | Pinnacle Bank | Service Charge | 2600-000 | | $1,326.86 | $904,450.49 |
| 09/09/2024 | (5) | Debtor via Top Park | Wire IN - Rents | 1222-000 | $75,000.00 | | $979,450.49 |
| 09/10/2024 | (5) | Debtor via Top Park | Wire IN - Rents | 1222-000 | $75,000.00 | | $1,054,450.49 |
| 09/12/2024 | (5) | Debtor via Top Park | Wire IN - Rents | 1222-000 | $19,300.00 | | $1,073,750.49 |
| 09/13/2024 | | Triad Financial Services | WIRE OUT - Insurance - Invoice #7541 | 2990-000 | | $4,019.29 | $1,069,731.20 |
| 09/18/2024 | (8) | H&H Communities | 20% deposit - private sale 27 mobile homes | 1110-000 | $17,000.00 | | $1,086,731.20 |
| 09/24/2024 | | Stetson Insurance Funding | WIRE OUT - insurance | 2990-000 | | $19,690.77 | $1,067,040.43 |
| 09/30/2024 | | Pinnacle Bank | Service Charge | 2600-000 | | $1,291.38 | $1,065,749.05 |
| 10/10/2024 | | Triad Financial Services | Wire OUT - Insurance - Invoice #7694 | 2990-000 | | $3,018.64 | $1,062,730.41 |
| 10/25/2024 | (5) | PRAIRIE KNOLLS | WIRE IN -10/24/24 - RENT | 1222-000 | $15,000.00 | | $1,077,730.41 |
| 10/25/2024 | (5) | ROLLING ACRES | WIRE IN - 10/24/2024 - RENT | 1222-000 | $12,000.00 | | $1,089,730.41 |
| 10/31/2024 | | Pinnacle Bank | Service Charge | 2600-000 | | $1,338.21 | $1,088,392.20 |
| 11/05/2024 | 5005 | International Sureties, LTD. | Individual case - bond coverage | 2300-000 | | $2,400.00 | $1,085,992.20 |
| 11/12/2024 | (5) | Maple Creek | Wire in - 111224 - Rental Income | 1222-000 | $600.00 | | $1,086,592.20 |
| 11/12/2024 | (5) | Cedarbrook | Wire IN - 111224 - Rental Income | 1222-000 | $900.00 | | $1,087,492.20 |
| 11/15/2024 | | Triad Financial Services | Wire OUT - Insurance - Invoice 7862 | 2990-000 | | $3,018.65 | $1,084,473.55 |
| 11/15/2024 | | Stetson Insurance Funding | Wire OUT - Insurance - coverage through 01/28/2025 per Amanda | 2990-000 | | $7,312.54 | $1,077,161.01 |
| 11/22/2024 | (5) | Prairie Knolls | Wire IN - rents | 1222-000 | $7,200.00 | | $1,084,361.01 |
| 11/22/2024 | (5) | Rolling Acres | Wire IN - rents | 1222-000 | $7,800.00 | | $1,092,161.01 |
| 11/22/2024 | (5) | Grand Valley | Wire IN - rents | 1222-000 | $36,900.00 | | $1,129,061.01 |
| 11/22/2024 | (8) | Womble Law Firm | Sale proceeds per DE# 318 mobile home sales | 1110-000 | $35,900.17 | | $1,164,961.18 |
| 11/29/2024 | | Pinnacle Bank | Service Charge | 2600-000 | | $1,384.99 | $1,163,576.19 |
| | | | **SUBTOTALS** | | **$302,600.17** | **$65,395.40** | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 3

| | | |
|---|---|---|
| **Case No.** | 23-02889 | **Trustee Name:** John C. Bircher III |
| **Case Name:** | TOPPOS LLC | **Bank Name:** Pinnacle Bank |
| **Primary Taxpayer ID #:** | **-***3583 | **Checking Acct #:** ******0036 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** John C. Bircher III, Ch 7 Trustee for Top |
| **For Period Beginning:** | 10/05/2023 | **Blanket bond (per case limit):** $1,500,000.00 |
| **For Period Ending:** | 12/31/2024 | **Separate bond (if applicable):** $2,400,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/10/2024 | | Triad Financial Services | WIRE OUT - Insurance Invoice #7992 | 2990-000 | | $3,018.65 | $1,160,557.54 |
| 12/13/2024 | | Northpoint Commercial Finance Collections | Wire OUT - Interim Distribution per Order DE#330 | 4110-000 | | $665,000.00 | $495,557.54 |
| 12/13/2024 | 5006 | JOHN C. BIRCHER III | Distribution on Northpoint payment per Order DE#330 Invoice #5019 | 2100-000 | | $35,000.00 | $460,557.54 |
| 12/18/2024 | (9) | Global Surety, LLC | Ch 11 bond refund | 1290-000 | $1,575.00 | | $462,132.54 |
| 12/31/2024 | | Pinnacle Bank | Service Charge | 2600-000 | | $985.95 | $461,146.59 |

|  |  |  |  |
|---|---|---|---|
| | **TOTALS:** | $1,313,744.36 | $852,597.77 | $461,146.59 |
| | Less: Bank transfers/CDs | $0.00 | $0.00 | |
| | Subtotal | $1,313,744.36 | $852,597.77 | |
| | Less: Payments to debtors | $0.00 | $0.00 | |
| | **Net** | $1,313,744.36 | $852,597.77 | |

**For the period of  10/05/2023 to 12/31/2024**

| | |
|---|---|
| Total Compensable Receipts: | $1,313,744.36 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,313,744.36 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $852,597.77 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $852,597.77 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**For the entire history of the account between 05/06/2024  to 12/31/2024**

| | |
|---|---|
| Total Compensable Receipts: | $1,313,744.36 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,313,744.36 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $852,597.77 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $852,597.77 |
| Total Internal/Transfer  Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 4

| | |
|---|---|
| Case No. | 23-02889 |
| Case Name: | TOPPOS LLC |
| Primary Taxpayer ID #: | **-***3583 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 10/05/2023 |
| For Period Ending: | 12/31/2024 |

| | |
|---|---|
| Trustee Name: | John C. Bircher III |
| Bank Name: | Pinnacle Bank |
| Checking Acct #: | ******0036 |
| Account Title: | John C. Bircher III, Ch 7 Trustee for Toppos |
| Blanket bond (per case limit): | $1,500,000.00 |
| Separate bond (if applicable): | $2,400,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $1,313,744.36 | $852,597.77 | $461,146.59 |

| For the period of 10/05/2023 to 12/31/2024 | |
|---|---|
| Total Compensable Receipts: | $1,313,744.36 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,313,744.36 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $852,597.77 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $852,597.77 |
| Total Internal/Transfer Disbursements: | $0.00 |

| For the entire history of the account between 05/06/2024 to 12/31/2024 | |
|---|---|
| Total Compensable Receipts: | $1,313,744.36 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,313,744.36 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $852,597.77 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $852,597.77 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ JOHN C. BIRCHER III

JOHN C. BIRCHER III